| AO 10<br>Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2009 | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>*YOUNG, WILLIAM G.* | 2. Court or Organization<br>*UNITED STATES DISTRICT COURT<br>DISTRICT OF MASSACHUSETTS* | 3. Date of Report<br><br>*MAY 10, 2010* |
|---|---|---|
| 4 Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)<br><br>*DISTRICT JUDGE* | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>*JAN 1, 2009* to *DEC 31, 2009* |
| 7. Chambers or Office Address<br>*SUITE 5710<br>UNITED STATES COURTHOUSE<br>1 COURTHOUSE WAY<br>BOSTON, MASS. 02210* | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions )*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1 *LECTURER & FACULTY MEMBER* | *BOSTON UNIVERSITY LAW SCHOOL* |
| 2 *LECTURER & FACULTY MEMBER* | *MASSACHUSETTS CONTINUING LEGAL EDUCATION, INC* |
| 3 *TRUSTEE* | *TRUST* |
| 4 | |
| 5 | |

## II. AGREEMENTS. *(Reporting individual only; see pp 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 2, 2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1 JAN - MAY '09 | BOSTON UNIVERSITY - TEACHING INCOME | $16,700.00 |
| 2 SEPT - DEC '09 | MASSACHUSETTS CONTINUING LEGAL ED INC - TEACHING | 7,500.00 |
| 3 | THOMPSON - WEST - BOOK ROYALTY | 7,152.95 |
| 4 | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income )*

| DATE | SOURCE AND TYPE |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1 PLI | 2/17 + 7/8 | NEW YORK, N.Y. | CLE TEACHING | TRANSPORTATION |
| 2 ALI - ABA | 3/4 - 3/10 | SCOTTSDALE, AZ | CLE TEACHING | FOOD, LODGING + TRANSPORTATION |
| 3 NYIPLA | 3/25 | NEW YORK, N.Y. | MEETING | FOOD, LODGING & TRANSPORTATION |
| 4 AMERICAN CONST. SOC'Y | 4/19 | WASHINGTON, D.C. | CLE TEACHING | TRANSPORTATION |
| 5 INT. PAT. OWNER ASSOC | 4/18 - 4/21 | WASHINGTON, D.C. | MEETING | FOOD, LODGING & TRANSPORTATION |
| 6. COLORADO CLE | 5/1 - 5/5 | DENVER, COLO | CLE TEACHING | FOOD, LODGING & TRANSPORTATION |
| 7. NAT CNTR FOR STATE CTS | 9/14 - 9/16 | LAS VEGAS, NV | TEACHING JUDGES | FOOD, LODGING & TRANSPORTATION |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 10, 2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 10, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1 BANK OF AMERICA, NEEDHAM, MA 1) SAVINGS 2) IRA 3) CD's | D | INT | N | T | | | | | |
| 2 AKAMAI COMMON STOCK | | NONE | J | T | | | | | |
| 3 FAIRPOINT COMMUNICATIONS, INC | | NONE | J | T | SELL | 5/9 | J | A | |
| 4 VERIZON COMMON STOCK | A | DIV | J | T | | | | | |
| 5 LISTED BELOW ARE THE ASSETS OF A TRUST. I AM THE TRUSTEE<br>AMR | | NONE | | | BUY<br>SELL | 2/13<br>4/13 | K<br>K | A | |
| 6 ASTORIA FINANCIAL | | NONE | | | BUY<br>SELL | 6/2<br>7/15 | K<br>K | A | |
| 7 AT&T | A | DIV | K | T | BUY | 8/18 | | | |
| 8 ALTRIA GROUP | | NONE | K | T | BUY | 9/17<br>10/1 | | | |
| 9 BRISTOL MYERS SQUIBB | B | DIV | K | T | | | | | |
| 10 CBS CORP | B | DIV | K | T | | | | | |
| 11 CITIGROUP | | NONE | J | J | BUY<br>SELL | 8/14<br>8/31 | J<br>J | A | |
| 12 FAIRPOINT COMM | | NONE | J | T | | | | | |
| 13 CMS ENERGY | | NONE | | | SELL | 12/18 | K | A | |
| 14 FRANCE TELECOM | | NONE | | | BUY<br>SELL | 4/25<br>7/24 | K<br>K | B | |
| 15 GE | | NONE | | | BUY<br>SELL | 12/13<br>5/5 | K<br>K | B | |
| 16 HERSHEY CO. | | NONE | | | SELL | 4/3 | K | A | |
| 17 ING GROEP | B | DIV | K | T | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,000 - $100,000 | G =$100 001 - $1,000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50 001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500 000 | O =$500,001 - $1 000 000 | P1 =$1 000,001 - $5 000,000 | P2 =$5 000,001 - $25 000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 10, 2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. HESS CORP | B | DIV | K | T | BUY | 6/26 | K | | |
| 19. KRAFT FOODS | B | DIV | K | T | | | | | |
| 20. MCDONALDS CORP | B | DIV | P | P | BUY SELL | 7/29 11/10 | F F | C | |
| 21. MERRILL LYNCH & CO INC | A | DIV | K | T | | | | | |
| 22. NEW YORK CITY BANCORP | | NONE | | | BUY SELL | 5/22 7/28 | K K | C | |
| 23. METROPCS COMM INC | | NONE | J | T | BUY | 11/25 | J | | |
| 24. PETROHAWK ENERGY CORP | | NONE | K | T | BUY | 11/17 | K | | |
| 25. PFIZER INC | | NONE | | | BUY SELL | 8/18 10/25 | K K | C | |
| 26. SUNTECH POWER HOLDINGS | | NONE | J | T | BUY | 12/15 | J | | |
| 27. SANOFI ADVENTIS | | NONE | | | BUY SELL | 5/13 6/12 | K K | B | |
| 28. VERIZON | B | DIV | K | T | | | | | |
| 29. METROPOLITAN TRANSIT AUTHY | D | INT | M | T | | | | | |
| 30. NEW YORK STATE DORM AUTHY | C | INT | L | T | | | | | |
| 31. NEW YORK STATE LOCAL GOVT AUTHY | C | INT | M | T | | | | | |
| 32. NEW YORK CITY MUN WTR FIN AUTHY | A | INT | L | T | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1 001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15 001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000 000 P4 =More than $50,000,000 | M =$100 001 - $250 000 P2 =$5,000,001 - $25,000 000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| WILLIAM G. YOUNG | MAY 10, 2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544